### 9464.   MASSART v. THE STATE.

HARWELL, J.  The charge against the defendant was that he "did unlaw-
fully have, control, and possess spirituous liquors." The witness for
the State testified that he found numerous quantities and varieties of
spirituous liquors in defendant's house. The defendant introduced no
evidence, and in his statement admitted that he had spirituous liquors
in his possession and control, and said, "I am no *frequent* violator of
this law." The verdict of guilty was authorized, and the trial judge
properly overruled the motion for a new trial.

   *Judgment affirmed.  Broyles, P. J., and Bloodworth, J., concur.*
      DECIDED APRIL 2, 1918.

Accusation of unlawful possession of liquor; from city court of
Savannah—Judge Rourke.  November 17, 1917.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.

---

### 9465.   SULTER v. THE STATE.

BROYLES, P. J.  1. The grounds of the amendment to the motion for a
new trial, not being specifically argued in the brief of counsel for the
plaintiff in error, are deemed abandoned. The general statement in the
brief, that "the recitals of fact and statement of error in the motion
and amended motion for a new trial clearly state the issues in the case
and the same is respectfully submitted to the court," is not sufficient
to change the rule. *Youmans* v. *Moore,* 11 *Ga. App.* 66 (74 S. E. 710);
*Muse* v. *Hall,* 18 *Ga. App.* 651 (90 S. E. 222); *James* v. *Boyett,* 19 *Ga.
App.* 157 (91 S. E. 219).

2. The verdict was amply authorized by the evidence and the court did
not err in overruling the motion for a new trial.

   *Judgment affirmed.  Bloodworth and Harwell, JJ., concur.*
      DECIDED APRIL 2, 1918.

Accusation of misdemeanor; from city court of Savannah—
Judge Rourke.  November 17, 1917.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.